UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CASEY LOFTON,**

    **Plaintiff,**

v.                                                         **Case No: 5:17-cv-91-Oc-41PRL**

**LL & J CONCRETE, INC. and LEVI N. WEST,**

    **Defendants.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion to Determine Fairness and Reasonableness of Settlement (Doc. 23). United States Magistrate Judge Philip R. Lammens issued a Report and Recommendation (Doc. 26), in which he recommends that the Settlement Agreement (Doc. 25-1) be modified and then the motion be granted.

After an independent *de novo* review, and noting that the parties filed a Joint Response Waiving Objections (Doc. 27), the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Paragraph 3 of the Settlement Agreement is **MODIFIED** to include only the Fair Labor Standards Act claims raised in this case.

3. Paragraph 7[1] of the Settlement Agreement is **STRICKEN**.

---

[1] The Settlement Agreement does not contain a paragraph 6, so this paragraph follows paragraph 5 but it is labeled as paragraph 7.

4. With the above modifications, the Settlement Agreement (Doc. 25-1) is **APPROVED** and the Joint Motion to Determine Fairness and Reasonableness of Settlement (Doc. 23) is **GRANTED**.

5. This case is **DISMISSED with prejudice**.

6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record